

August 14, 2020

**<u>VIA ECF</u>**

The Honorable Becky R. Thorson
316 North Robert Street, Suite 646
Saint Paul, Minnesota 55101

Re: *Ellis v. Midwest Fidelity Services, LLC*
Case No. 0:20-cv-01669-WMW-BRT

**NOTICE OF SETTLEMENT**

Dear Judge Thorson:

I represent Lester Ellis. I write to inform you that the parties in the above-titled matter have reached a settlement and believe that the Pretrial Conference scheduled for October 21, 2020 at 1:00 pm may be stricken from the calendar. The parties will require an additional 60 days in which to file a stipulation of dismissal with prejudice. Please do not hesitate to contact me with any questions. Thank you.

Very Truly Yours,

Ryan D. Peterson

Cc: Michael S. Poncin (*via ECF*)

5201 Eden Avenue, Suite 300
Edina, MN 55436

p 612.367.6568
f 612.295.0415

ryan@peterson.legal
www.peterson.legal